**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-2014**

---

ANTHONY JAMES BRAXTON,

        Plaintiff - Appellant,

    v.

EARL SYLVESTER YOUNG; MISS DONNA P. NICHOLAS,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., Senior District Judge.  (2:22-cv-00359)

---

Submitted:  July 16, 2024                                     Decided:  July 19, 2024

---

Before NIEMEYER and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Anthony James Braxton, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony James Braxton appeals the district court's order accepting the magistrate judge's recommendation and dismissing his civil action without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See* Fed. R. Civ. P. 12(h)(3); *Braxton v. Young*, No. 2:22-cv-00359 (S.D.W. Va. Sept. 7, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*